IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JIM EDWARD MASSEY,              :

    Petitioner,             :    1:08CV198-WKW

vs.                             :    CIVIL ACTION 07-0664-KD-M

BILLY MITCHEM,                  :

    Respondent.             :

## ORDER

Petitioner did not file his petition on this Court's form. Petitioner, therefore, is **ORDERED** by **November 14, 2007,** to complete and file this Court's form for a petition under 28 U.S.C. § 2254, see Local Rule 83.9(d)(1); Rule 2(c) of the Federal Rules Governing Section 2254 Cases. Petitioner's new petition will supersede the original petition; therefore, Petitioner shall not rely upon the original petition. Failure to comply with this Order within the prescribed time or to notify the Court of a change in address will result in the dismissal of this action without prejudice for failure to prosecute and to obey the Court's Order.

    The Clerk is **DIRECTED** to send Petitioner the form for an action under 28 U.S.C. § 2254.

    DONE this 16th day of October, 2007.

                                        BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE