District Court Clerk
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

Date: October 16, 2007

RE: Jim E. Massey § 2254
AIS # 109805

1:08CV 198 - WKW
07-664-KD

FILED OCT 22 '07 PM 1:47 USDC ALS

Dear Clerk:

The procedure provided to the inmate's here at Limestone C.F. when filing a motion to the court, wherein a filing fee is to be included with the filing, is as follows:

1) Upon completion of the proper paperwork, you are to forward it to the business office, in a self-addressed envelope that includes thereon the proper amount of postage for mailing.

2) Once the business office confirms that your prisoner's money on deposit is adequate to cover the fee proscribed, they are to 'cut' a check in that amount, enclose said check in the envelope, and, *mail the entire package*.

I received a return receipt from the business office on September 24, 2007, confirming that they had indeed removed the $5.00 filing fee from my account. Yet, to date, I have not received any kind of a return from your office as to the filing of my § 2254 in your Court.

I have checked with the office here, and they assure me that they sent this out.

Can you please verify the receipt, or not, of said, and inform me forthwith, that I might act accordingly.

Respectfully submitted,

*Jim Massey*

Jim E. Massey, # 109805
Limestone C.F. / Dorm D
28779 Nick Davis Road
Harvest, AL 35749-7009

JIM E. MASSEY, AIS # 109805
LIMESTONE C.F.
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749-7009



02 1A
0004355531
$ 00.41⁰
OCT 18 2007
MAILED FROM ZIP CODE 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

Southern District of Alabama
United States Courthouse
113 St. Joseph Street
Mobile, AL  36602

LEGAL MAIL
CORRESPONDENCE

36602$9999