1:08cv198-WKW-WC

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 10-31<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Billy Mitchem
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0002 9021 5684

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-