198-
1:08cvWKW

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Taylor_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
11/5/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**Attorney General, State of Alabama
11 South Union Street, Third Floor
Montgomery, AL  36130**

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 3450 0002 9021 5677

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540