IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JIM EDWARD MASSEY,         :

    Petitioner,            :
                                      CIVIL ACTION 07-0664-KD-M

v.                         :

BILLY MITCHEM,             :

    Respondent.            :

*1:08CV198-WKW* (handwritten)

## ORDER

In the Answer, Respondent asserts that Petitioner's habeas corpus petition is due to be dismissed pursuant to 28 U.S.C. § 2244(d)(1)(A) on the ground that the habeas petition was not properly filed within a one-year period of time after his conviction became final under the Anti-Terrorism and Effective Death Penalty Act of 1996 (*AEDPA*) (Doc. 10). Respondent has argued that this petition comes nearly nine years too late (Doc. 10, pp. 2-5).

Petitioner is **ORDERED** to show cause, **not later than January 10, 2008**, why this habeas petition should not be dismissed pursuant to 28 U.S.C. § 2244(d)(1)(A) as time-barred.

DONE this 10th day of December, 2007.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE