IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIM EDWARD MASSEY, | : | |
| Petitioner, | : | 1:08cv198 – WKW |
| v. | : | CIVIL ACTION 07-0664-KD-M |
| BILLY MITCHEM, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **TRANSFERRED** to the U.S. District Court for the Middle District of Alabama.

**DONE** this 19th day of March, 2008.

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: _Cathi Jennings_
Deputy Clerk
Date: March 20, 2008

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE