IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIM EDWARD MASSEY,<br># 109805, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v | )    Civil Action No. 1:08cv198-WKW<br>) |
| BILLY MITCHEM, WARDEN, *et al.*, | )<br>) |
| Respondents. | ) |

**O R D E R**

Upon the court's review of the file in this case, it is

ORDERED that the court's order entered on March 20, 2008 (Doc. No. 14), directing the respondents to file an answer to the petitioner's habeas petition be and is hereby VACATED.

Done this 20th day of March, 2008.

                                     /s/Wallace Capel, Jr.
                                     WALLACE CAPEL, JR.
                                     UNITED STATES MAGISTRATE JUDGE