IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIM EDWARD MASSEY, | ) | |
| # 109805, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-CV-198-WKW |
| | ) | |
| BILLY MITCHEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

On October 30, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 16), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, the court agrees that Mr. Massey has not shown cause why his petition for writ of habeas corpus is not time-barred.

Accordingly, it is ORDERED as follows:

(1)   the Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

(2)   Mr. Massey's Petition for Habeas Corpus Relief (Doc. # 1) is DENIED; and

(3)   this case is DISMISSED with prejudice.

DONE this 20th day of November, 2009.

                /s/   W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE